UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Best Management Products, Inc.

       v.                           Civil No. 07-cv-151-JM

New England Fiberglass, LLC et al.


O R D E R

      The individual defendant, Mark Richardson, filed a pleading entitled Answer, Affirmative Defenses and Counterclaims dated June 22, 2007. It appears that the pleading was intended to be filed both on behalf of Mr. Richardson individually and on behalf of the corporate defendant, New England Fiberglass, LLC. Pursuant to LR 83.6 (b) and (c), however, an individual may not appear for a corporation pro se.

      For the foregoing reasons, the court will construe this filing as an Answer, Affirmative Defense and Counterclaims entered on behalf the individual defendant Richardson only. Counsel shall appear and file an Answer for the corporate defendant, New England Fiberglass, LLC, on or before July 16, 2007, or the file will be referred to the Clerk for entry of default as to the corporate defendant pursuant to Fed. R. Civ. P. 55(a).

      So Ordered.


June 25, 2007                                  /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  U.S. Magistrate Judge


cc:    David A. Anderson, Esq.
        Mark Richardson, Pro Se